# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Lucas Anderson

Tel: (212) 571-5500
Fax: (212) 571-5507

August 4, 2015

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: United States v. Michael Vax
       13 Cr. 410 (NRB)

Dear Judge Buchwald:

  I am Criminal Justice Act counsel for Michael Vax in the matter referenced above. I write without objection of the government seeking a one week extension (to August 14 or 15) of the change of plea hearing currently scheduled in this matter for August 6. I am requesting this time so that I will have an opportunity to meet with my client and to prepare, having just received documentation relevant to the proceeding this afternoon.

  Under these circumstances, the defendant requests an exclusion of time from speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(6), (7), and (8) in the interests of justice. Thank you for your attention.

  Thank you for your attention.

               Sincerely,

               Robert A. Soloway

cc: AUSA Jennifer Burns
RAS:sc