# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

October 8, 2019

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   United States v. Michael Vax
             13 Cr. 410 (NRB)

Dear Judge Buchwald:

    I represented Mr. Michael Vax in the above referenced matter. An associate of my firm, Lucas Anderson (who is no longer with the firm) appeared before your Honor on April 28, 2015 for a status conference. Mr. Anderson also attended three proffer sessions at the US Attorney's office.

    I respectfully request that your Honor approve payment of our associate's time (13.1 hours) spent representing Mr. Vax which was necessary to the matter. Thank you very much.

Sincerely,

Robert A. Soloway

RAS/sc